UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
CASE NO. 12-cv-61528-RNS

BRYAN RAY, GRETEL DORTA, MICHAEL
DIORIO, Ph.D., DEBORAH GIBSON, JENNIFER
SILY, JOSH RUBIN and DONNA TILTON, and
DONALD M. BADACZEWSKI, on behalf of
themselves and all other similarly situated,

        Plaintiffs,
v.

SPIRIT AIRLINES, INC., a Delaware corporation,

        Defendant.
_____/

## NOTIFICATION OF NINETY DAYS EXPIRING

Defendant, Spirit Airlines, Inc. ("Spirit"), through its undersigned counsel and pursuant to Local Rule 7.1(b)(4) and Section 2J of this Court's Civil Filing Requirements, hereby submits its notification of ninety days expiring on its pending Rule 12(b)(6) Motion to Dismiss Plaintiffs' Second Amended Complaint:

1.    Spirit filed and served its "Rule 12(b)(6) Motion to Dismiss Plaintiffs' Second Amended Complaint" on March 21, 2013 (the "Motion"). (D.E. 39).

2.    Plaintiffs filed and served their "Response in Opposition to Spirit Airlines, Inc.'s Rule 12(b)(6) Motion to Dismiss Plaintiffs' Second Amended Complaint" on April 8, 2013. (D.E. 40).

3.    Spirit filed and served its "Reply in Support of its Rule 12(b)(6) Motion to Dismiss Plaintiffs' Second Amended Complaint" on April 18, 2013. (D.E. 41).

4.    Neither party requested a hearing on Spirit's Motion.

5.      No hearing date on Spirit's Motion has been scheduled.

6.      As of July 24, 2013, Spirit's Motion has been pending and fully briefed with no hearing set for more than 90 days.

        Respectfully submitted,

        DIMOND KAPLAN & ROTHSTEIN, P.A.
        Offices at Grand Bay Plaza
        2665 South Bayshore Drive, PH-2B
        Miami, Florida 33133
        Telephone:   (305) 374-1920
        Fax:            (305) 374-1961

        By:   /s/ Lorenz Michel Pruss
            Lorenz Michel Pruss, Esq.
            lpruss@dkrpa.com
            Fla. Bar No.: 995762
        *Local Counsel for Defendant*

        Daniel T. Graham, Esq. (6203811)
        dgraham@clarkhill.com
        Admitted *pro hac vice*
        Leslie Gutierrez, Esq. (6306080)
        lgutierrez@clarkhill.com
        Admitted *pro hac vice*
        CLARK HILL PLC
        150 N. Michigan Avenue, Suite 2700
        Chicago, IL  60601
        Telephone:  (312) 985-5900
        Fax:            (312) 985-5919
        *Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on July 24, 2013, I electronically filed the foregoing document with the Clerk of the Court via CM/ECF and the CM/ECF system will send a notice of electronic filing to the counsel and parties of record.

        By: /s/ Lorenz Michel Pruss
            Lorenz Michel Pruss

9205032.1 27901/156279